3

| | |
|---|---|
| 1 | Austin P. Nagel, SBN 118247 |
| 2 | Kirsten Martinez, SBN 310674 |
|   | Bonial & Associates, P.C. |
| 3 | 3160 Crow Canyon Place, Suite 215 |
|   | San Ramon, California 94583 |
| 4 | Telephone: (213) 863-6010 |
|   | Fax: (213) 863-6065 |
| 5 | Austin.Nagel@BonialPC.com |
| 6 | Kirsten.Martinez@BonialPC.com |
| 7 | Attorney for Secured Creditor Adjustable Rate |
|   | Mortgage Trust 2005-3, Adjustable Rate |
| 8 | Mortgage-Backed Pass-Through Certificates, |
|   | Series 2005-3, U.S. Bank National Association, as |
| 9 | Trustee as serviced by Specialized Loan Servicing LLC |

**UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| In re: | Case No. 22-22273 |
| Christopher W. Samuels, | Chapter 13 |
| aka Chris Wayne Samuels | |
| | Docket Control No. KMM-1 |
| | **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** |
| | 341(a) Meeting: |
| | Date: October 27, 2022 |
| | Time: 10:00 a.m. |
| | Place: BY VIDEO CONFERENCE. GOTO TRUSTEE WEBSITE FOR INSTRUCTIONS |
| | Confirmation Hearing: |
| | Date: November 22, 2022 |
| | Time: 1:00 p.m. |
| | Place: Courtroom 32, 6th Floor |
| | 501 I Street |
| | Sacramento, CA 95814 |
| Debtor. | |

TO THE HONORABLE CHRISTOPHER D. JAIME, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, DEBTOR'S COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:

OBJECTION TO CONFIRMATION OF PLAN     1     4151-N-4939
ObjPlan_CA_V01

1  Adjustable Rate Mortgage Trust 2005-3, Adjustable Rate Mortgage-Backed Pass-Through
2  Certificates, Series 2005-3, U.S. Bank National Association, as Trustee as serviced by Specialized Loan
3  Servicing LLC ("Secured Creditor"), hereby objects to the confirmation of the Debtor's Chapter 13 Plan
4  in the above-captioned matter. Secured Creditor is a party in interest as the holder of a secured claim and
5  therefore has standing to object to the Debtor's Chapter 13 Plan. Secured Creditor objects to the Debtor's
6  Chapter 13 Plan on the following grounds:

7  1. **Secured Creditor's claim relating to the Property.** On or about September 30, 2022, Secured
8  Creditor filed its Proof of Claim in the amount of $329,314.81, including arrearage in the amount of
9  $52,464.84. Secured Creditor's claim is secured by the real property commonly known as 1629 Majestic
10 Pines, Mammoth Lakes, California 93546 (the "Property").  A true and correct copy of Secured Creditor's
11 Proof of Claim is attached as Exhibit 1.

12 2. **Pursuant to 11 U.S.C. §1322(b)(5), the plan fails to provide for the curing of the default on**
13 **Secured Creditor's claim.** According to the plan, Debtor has provided for the arrears in the amount of
14 $36,000.00. However, the arrearage on Secured Creditor's claim is in the amount of $52,464.84. Debtor
15 has failed to provide for the curing of the remaining default of $16,464.84. Secured Creditor has satisfied
16 its grounds for objection under 11 U.S.C. §1322(b)(5).

17 3. **Pursuant to 11 U.S.C. §1325(a)(6), the Plan fails to provide how Debtor will be able to make**
18 **all payments under the Plan and to comply with the Plan.** According to the plan, Debtor will make
19 monthly payments of $3,050.00 for 60 months to the Trustee for a base plan amount of $183,000.00.
20 However, according to the Debtor's Schedules, Debtor has a monthly net income of <u>only</u> $3,050.00. This
21 amount will be insufficient to fund the plan once the arrears on Secured Creditor's claim, an additional
22 $16,464.84, is fully provided for. Secured Creditor has satisfied its grounds for objection under 11 U.S.C.
23 §1325(a)(6).

24                                                              CONCLUSION

25  Any Chapter 13 Plan proposed by Debtor must provide for Secured Creditor's claim and
26 eliminate the Objections specified above in order to be reasonable and to comply with applicable
27 provisions of the Bankruptcy Code. It is respectfully requested that confirmation of the Debtor's
28 proposed Chapter 13 Plan be denied.

.

OBJECTION TO CONFIRMATION OF PLAN                                   2                                        4151-N-4939
ObjPlan_CA_V01

**WHEREFORE**, Secured Creditor respectfully requests that:

1. Confirmation of Debtor's Chapter 13 Plan be denied; or, in the alternative,
2. Debtor's Plan be amended in accordance with this Objection
3. For other such relief as the Court deems just and proper.

Dated: October 11, 2022

                                           Respectfully Submitted,
                                           Bonial & Associates, P.C.

                                By:     _/s/Kirsten Martinez_____
                                                        Austin P Nagel
                                                        Kirsten Martinez
                                                        Attorney for Secured Creditor